1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
OCT 25 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1: 07-MJ-00248 SMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER FOR |
| v. | ) | DISMISSAL OF CRIMINAL |
| | ) | COMPLAINT |
| SAMUEL OCHOA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint in this case as to against **SAMUEL OCHOA only** in the interest of justice.

Dated: 10/25/07

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/
KEVIN P. ROONEY
Assistant U.S. Attorney

1

ORDER

IT IS HEREBY ORDERED that the Complaint against SAMUEL OCHOA only be dismissed in the interest of justice.

DATED: 10/25/07

_____
U.S. Magistrate Judge
SM SNYDER